<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6286**

---

DAVID L. CARTER,

           Petitioner - Appellant,

    versus

KATHLEEN SAWYER,

           Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-02-635-5-HC-H)

---

Submitted: October 9, 2003      Decided: October 17, 2003

---

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David L. Carter, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Carter appeals the district court orders and judgment summarily dismissing his 28 U.S.C. § 2241 (2000) action and denying his motion for reconsideration. After reviewing the record, we find Carter failed to state a claim for relief. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>